IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, <br> OFELIA BERMUDEZ <br> GERARDO BERMUDEZ <br> FAUSTINO BERMUDEZ <br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF <br> TRANSPORTATION, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. _____ <br><br> B-04-115 |

### PLAINTIFFS' ORIGINAL COMPLAINT
### AND JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, Faustino Bermudez hereinafter called Plaintiffs, complaining of and about United States Department of Transportation, hereinafter called Defendant, and for cause of action shows unto the Court the following:

### PARTIES AND SERVICE

1. Plaintiff Armando Bermudez, is a citizen of the United States and the State of Texas and resides in Cameron County, Texas.

2. Plaintiff Ofelia Bermudez, is a citizen of the United States and the State of Texas and resides in Cameron County, Texas.

3. Plaintiff Gerardo Bermudez, is a citizen of the United States and the State of Texas and resides in Cameron County, Texas.

4.  Plaintiff Faustino Bermudez, is a citizen of the United States and the State of Texas and resides in Cameron County, Texas.

5.  Defendant United States of Department of Transportation America may be served by serving the U.S. Attorney at 600 E. Harrison, 2FL., Brownsville, Texas, 78250

6.  The Attorney General of the United States shall be served at the following address: U.S. Attorney General, Department of Justice, 10th and Constitutional Ave., N.W. Room B-324, Washington, D.C. 20530.

## JURISDICTION

7.  The action arises under 28 U.S.C. §1331 and 28 U.S.C. §1346 as hereinafter more fully appears.

## NATURE OF ACTION

8.  This is an action under the Federal Tort Claims Act regarding a claim for injuries and damages sustained as a result of a motor vehicle accident.

## CONDITIONS PRECEDENT

9.  All conditions precedent to jurisdiction have occurred or been complied with: a notice to of Plaintiffs' claim as required under the Federal Tort Claims Act was timely delivered to Defendant.

## FACTS

10. On or about July 9, 2002, Plaintiffs were passengers in a motor vehicle traveling southbound on Avenue F, Harlingen, Cameron County, Texas, when their vehicle was side swiped by a vehicle owned by Defendant and driven by Defendant's employee, Mr. Pedro Martinez III, while performing his duties as Defendant's employee. An officer for the Harlingen Police Department

investigated the accident and determined that Mr. Martinez failed to use caution and changed lanes in an unsafe manner causing the two vehicles to collide. All Plaintiffs suffered physical injury as a direct and proximate cause of Defendant's negligence.

### NEGLIGENCE BY UNITED STATES DEPARTMENT OF TRANSPORTATION

11. Defendant United States Department of Transportation owed a legal duty to operate its motor vehicle in a safe manner, or, in the alternative to insure that Defendant's employee would operate its motor vehicle in a safe manner. Defendant breached this duty which proximately caused injury to Plaintiff. Plaintiff seeks all available damages for injuries caused by Defendant's negligence.

### DAMAGES

12. Each of the Plaintiffs sustained the following damages as a result of the actions and/or omissions of Defendant described hereinabove:

    a. Reasonable medical care and expenses in the past. These expenses were incurred by Armando Bermudez and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

    b. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future.

    d. Pain and suffering in the past; and

    e. Pain and suffering which will, in all probability, be incurred in the future.

17. In addition, Plaintiff Faustino Bermudez has suffered property damage for the cost to

repair his vehicle.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Armando Bermudez, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with interest as allowed by law; costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

Villa and White LLP

By: _____
Morris E. "Trey" White III
Texas Bar No. 24003162
630 Broadway
San Antonio, Texas 78215
Tel. (210)225-4500
Fax. (210)212-4649
Attorney for Plaintiffs

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**