United States District Court
Southern District of Texas
FILED

JUL 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO BERMUDEZ, <br> OFELIA BERMUDEZ <br> GERARDO BERMUDEZ <br> FAUSTINO BERMUDEZ <br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, <br> Defendant. | § <br> § <br> § <br> § <br> § CIVIL ACTION NO. B-04-115 <br> § <br> § <br> § |

## MOTION TO APPEAR PRO HAC VICE

NOW COMES, Morris E. "Trey" White III, a licensed attorney, and respectfully requests permission to appear in this Honorable Court Pro Hac Vice on behalf of Plaintiffs. As reason therefore, and upon my oath, I state:

1. I am a practicing lawyer and a member in good standing of the State Bar of Texas.

2. I am a member in good standing of the State Bar of Texas, and I have not been the subject of any disciplinary action by the bar or courts of said state. I am also licensed to practice in the United States District Court for the Western District of Texas.

3. I have not been denied admission to the courts of any state or to any federal court.

4. I am familiar with the Local Rules of the United States District Court for the Southern District of Texas governing the conduct of its members and procedures. I will comply with these rules so long as such trial or hearing is pending.

WHEREFORE, based on the foregoing, Morris E. "Trey" White III respectfully prays this court will allow me to appear in this matter Pro Hac Vice on behalf of Plaintiffs, and for such other and further relief that may be awarded at law or in equity.
Signed under the pains and penalties of perjury.

Respectfully Submitted,

Villa & White LLP

Morris E. "Trey" White III
Texas State Bar No. 24003162
630 Broadway
San Antonio, Texas 78215
Tel: (210) 225-4500
Fax: (210) 212-4649

**SUBSCRIBED AND SWORN TO BEFORE ME** on 7/8/04, by Morris E. White, III

DENISE AMY LOVE
Notary Public, State of Texas
My Commission Expires
August 14, 2004

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I certify that on July 8, 2004 a true and correct copy of the above Motion to Appear Pro Hac Vice was served to each person listed below by the method indicated.

Morris E. "Trey" White III

| | |
|---|---|
| United States Attorney General<br>Department of Justice, 10th and Constitutional Ave.,<br>N.W. Room B-324, Washington, D.C. 20530. | XX Certified mail, return receipt requested |
| United States Attorney<br>600 E. Harrison, 2FL.,<br>Brownsville, Texas, 78250 | XX Certified mail, return receipt requested |