IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO BERMUDEZ,<br>OFELIA BERMUDEZ<br>GERARDO BERMUDEZ<br>FAUSTINO BERMUDEZ<br>　　　Plaintiffs, | §<br>§<br>§<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-04-115 |
| UNITED STATES DEPARTMENT OF<br>TRANSPORTATION,<br>　　　Defendant. | §<br>§<br>§<br>§ | |

*United States District [Court]*
*Southern District [of Texas]*
**FILED**
OCT 0 5 2004
Michael N. Milby
Clerk of Court

**CERTIFICATE OF CONFERENCE**

　　　This is to certify that the undersigned attorney is unable in good faith to resolve the issues surrounding this Motion, as Defendants have not yet filed an answer to Plaintiffs' complaint. Therefore, the matter is presented to the Court for determination.

_____
Morris E. "Trey" White III