UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Case Number | B-04-115 |
|---|---|---|---|

| Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, Faustino Bermudez |
|---|
| versus |
| United States Department of Transportation |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed State & Number / Admitted U.S. District Court(s) | Morris E. "Trey" White III<br>Villa & White LLP<br>630 Broadway<br>San Antonio, Texas 78215<br>210-225-4500<br>24003162 |
|---|---|

Seeks to appear as the attorney for this party:

B-04-115

| Plaintiffs |  |
|---|---|
| Dated: 10/04/2004 | Signed: |

United States District Court
Southern District of Texas
ENTERED

OCT - 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on October 5, 2004.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98