IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 17 2004
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, | § | |
| OFELIA BERMUDEZ | | |
| GERARDO BERMUDEZ | | |
| FAUSTINO BERMUDEZ | | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: B-04-115 |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| TRANSPORTATION, | | |
| Defendant. | § | |

## PLAINTIFFS' MOTION FOR CONTINUANCE OF STATUS HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiffs, Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, and Faustino Bermudez, (collectively "Movant" herein), and brings this Motion for Continuance of the Status Hearing, and in support hereof, shows the Court the following:

I.

This continuance is sought so that justice may be done, and not for purposes of delay.

II.

A.   A Status Hearing is scheduled for November 22, 2004, at 9:00 a.m.

B.   Defendant was served on or about September 28, 2004. Defendant has yet to file an answer to Plaintiffs' complaint as Defendant is a governmental agency, and, therefore has sixty (60) days to file an answer. Defendant's deadline to answer is November 28, 2004. As such, a status hearing on November 22, 2004, would be premature and not an efficient use of the Court's time.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, and Faustino Bermudez, request this Court to grant this Motion for

Continuance of the Status Hearing and to continue this same for at least ninety (90) days, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

Villa and White LLP

By: _____
Morris E. "Trey" White III
Texas Bar No. 24003162
630 Broadway
San Antonio, Texas 78215
Tel. (210)225-4500
Fax. (210)212-4649
Attorney for Plaintiff
Armando Bermudez

### CERTIFICATE OF CONFERENCE

I certify that on November 10, 2004, Mr. Michael Villa, my law partner, spoke with Ms. Nancy Mosso, Assistant United States Attorney. Although a formal appearance by Ms. Mosso on behalf of Defendant has not been entered, Ms. Mosso indicated that an answer would be forthcoming. Furthermore, Ms. Mosso had no objection to this Motion for Continuance.

_____
Morris E. "Trey" White III

### CERTIFICATE OF SERVICE

I certify that on November 16, 2004, a true and correct copy of Plaintiffs' Motion for Continuance was transmitted to Ms. Nancy Mosso, Assistant United States Attorney via facsimile at (956) 548-2549.

_____
Morris E. "Trey" White III