IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, | § | |
| OFELIA BERMUDEZ | | |
| GERARDO BERMUDEZ | | |
| FAUSTINO BERMUDEZ | | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: B-04-115 |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| TRANSPORTATION, | | |
|     Defendant. | § | |

## AFFIDAVIT IN SUPPORT OF
## PLAINTIFFS' MOTION FOR CONTINUANCE

    **BEFORE ME**, the undersigned authority, personally appeared Morris E. "Trey" White III, who, by me duly sworn, deposed as follows:

    "My name is Morris E. "Trey" White III. I am the attorney for Plaintiffs, Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, and Faustino Bermudez, in this cause.

    "All of the facts contained in Plaintiffs' Motion for Continuance are based upon my personal knowledge and are true and correct.

    "Further affiant sayeth not."

SIGNED on _Nov 16_, 2004.

Morris E. "Trey" White III, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on _11/16/04_, by _Morris E. White III_

Notary Public, State of Texas

DENISE AMY LOVE
MY COMMISSION EXPIRES
August 25, 2008