IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, <br> OFELIA BERMUDEZ <br> GERARDO BERMUDEZ <br> FAUSTINO BERMUDEZ <br> Plaintiff, | § <br> <br> <br> <br> § <br> § | |
| vs. | § <br> § <br> § | CIVIL ACTION NO.: B-04-115 |
| UNITED STATES DEPARTMENT OF <br> TRANSPORTATION, <br> Defendant. | § <br> <br> § | |

ORDER GRANTING
PLAINTIFFS' MOTION FOR CONTINUANCE

On _____, the Court considered the Plaintiffs' Motion to Continue the Status Hearing set for November 22, 2004. The Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-styled and -numbered cause be continued until _____.

**SIGNED** on _____, 2004.

_____
JUDGE PRESIDING