IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, FAUSTINO BERMUDEZ, GERARDO BERMADEZ, and OFELIA BERMUDEZ,<br>Plaintiffs, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-115 |
| UNITED STATES DEPARTMENT OF TRANSPORTATION,<br>Defendant. | § § § § | |

### ORDER

Pending before the Court is Plaintiff's Motion for Continuance of Status Hearing (Docket No. 7). After due consideration, the Court hereby **GRANTS** said motion. The status hearing set for November 22, 2004, is therefore cancelled and reset for March 11, 2005 at 9:00 a.m.

Signed this 19th day of November, 2004.

Andrew S. Hanen
United States District Judge