UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO BERMUDEZ, <br> FAUSTINO BERMUDEZ, <br> GERARDO BERMUDEZ, and <br> OFELIA BERMUDEZ, <br>     Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT <br> OF TRANSPORTATION, <br>     Defendant. | CIVIL ACTION NO. B-04-115 |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of the United States Department of Transportation, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, asks that this Court establish January 17, 2005, as its response date to the Complaint on file herein. In support of this motion, the United States submits the following for the Court's consideration:

1. This Complaint was filed July 9, 2004. Plaintiffs' claim that they sustained injuries as a result of a motor vehicle accident with a vehicle owned by the Defendant and operated by an employee of the Defendant during the course and scope of his employment. Plaintiffs' claim that the accident was caused by negligent acts or omissions on the part of the Defendant and/or its employee. The jurisdictional basis for this suit is under the Federal Tort Claims Act. 28 U.S.C. §2671, *et seq*. *See also*, 28 U.S.C. §1346(b)(1).

2. On September 29, 2004, the Plaintiffs served the United States Attorney General and the United States Attorney for the Southern District of Texas with a copy of the summons and complaint in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. Rule 4(i)(1)(C) and 4(i)(2)(A), however, also require that Plaintiffs serve a copy of the summons and complaint on the officer or agency whose action(s) are being questioned.

3. In the instant case, Plaintiffs attempt to serve the Department of Transportation by addressing a summons to it as "c/o U.S. Attorney...". This is not correct service. Rule 4(i) clearly indicates that summons and

complaint must be sent "by registered or certified mail to the officer or agency" – *not* the United States Attorney. The United States Attorney's Office took steps to notify the agency of the pending Complaint. On November 19, 2004, agency representatives advised that they were not aware of the pending lawsuit and would need time to gather information and records needed in order to formulate a response.

4. On November 19, 2004, Plaintiff's counsel indicated that he would take action to correctly serve the Defendant herein and that, given the circumstances, he had no objection to agreeing on a firm date for which Defendant could submit its response/answer to the Complaint.

5. On November 29, 2004, after consulting with Morris "Trey" White, attorney for the Plaintiffs, the parties agreed that the Defendant could respond to the Complaint on file on or by January 17, 2005. The Initial Pre-Trial Conference in this matter is set for March 11, 2005; therefore, if any procedural motions[1] are filed they may be adequately addressed in briefing prior to the hearing.

6. The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

WHEREFORE PREMISES CONSIDERED, the Defendant prays that this Court issue an Order approving the parties agreement that the Defendant's response to the Plaintiffs' Complaint not be due until January 17, 2005.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY
*/s/Nancy L. Masso*
NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

---

[1] Defendant suggests that Plaintiffs' amend their complaint to substitute the United States of America as the Defendant in the stead of the Department of TRxasportation; under the FTCA, the United States is the only proper Defendant. See, 28 USC §2679(a); see also, *Galvin v. OSHA*, 860 F.2d 181, 183 (5th Cir. 1988). In addition, Defendant anticipates the filing of a motion striking Plaintiffs' jury demand on the basis that they are not entitled to a trial by jury. 28 U.S.C. §2402.

## STATEMENT OF CONSULTATION

I certify that on November 29, 2004, I conferred with Plaintiffs' attorney, Morris "Trey" White, during which time we discussed the filing of this motion. Mr. White advised that he did not oppose this motion.

**November 29, 2004**  /s/ *Nancy L. Masso*
NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing United States' Unopposed Motion for Extension of Time to File Answer or Otherwise Plead was mailed via certified mail, return-receipt requested to Morris E. "Trey" White, Villa & White LLP, Attorneys at Law, 630 Broadway, San Antonio, Texas 78215, on this the 29th day of November, 2004.

/s/ *Nancy L. Masso*
NANCY L. MASSO
Assistant United States Attorney