**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

ARMANDO BERMUDEZ,                    *
FAUSTINO BERMUDEZ,                   *
GERARDO BERMUDEZ, and                *
OFELIA BERMUDEZ,                     *    CIVIL ACTION NO. B-04-115
    Plaintiffs,                      *
                                     *
vs.                                  *
                                     *
UNITED STATES DEPARTMENT             *
OF TRANSPORTATION,                   *
    Defendant.                       *

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

CAME on for consideration of the Court the Defendant's Unopposed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiffs' Complaint.

The Defendant submits that its motion has been proposed in good faith and is not opposed by Plaintiffs' counsel. Defendant further submits that the parties have mutually agreed (and have suggested) that such Defendant's response be filed no later than January 17, 2005.

It appearing that the motion is meritorious, this court orders that the motion be GRANTED.

THEREFORE, IT IS ORDERED that the Defendant file its response to Plaintiffs' Complaint on or before January 17, 2005.

    Signed: _____

                  _____
                      ANDREW S. HANEN
               UNITED STATES DISTRICT JUDGE