United States District Court
Southern District of Texas
ENTERED
DEC 0 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO BERMUDEZ, <br> FAUSTINO BERMUDEZ, <br> GERARDO BERMUDEZ, and <br> OFELIA BERMUDEZ, <br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT <br> OF TRANSPORTATION, <br> Defendant. | * <br> * <br> * <br> * CIVIL ACTION NO. B-04-115 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

CAME on for consideration of the Court the Defendant's Unopposed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiffs' Complaint.

The Defendant submits that its motion has been proposed in good faith and is not opposed by Plaintiffs' counsel. Defendant further submits that the parties have mutually agreed (and have suggested) that such Defendant's response be filed no later than January 17, 2005.

It appearing that the motion is meritorious, this court orders that the motion be GRANTED.

THEREFORE, IT IS ORDERED that the Defendant file its response to Plaintiffs' Complaint on or before January 17, 2005.

Signed: December 9, 2004

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE