UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO BERMUDEZ, <br> OFELIA BERMUDEZ, <br> GERARDO BERMUDEZ, <br> FAUSTINO BERMUDEZ <br> Plaintiff <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF TRANSPORTATION <br> Defendant | * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO. B-04-115 <br> * <br> * <br> * <br> * <br> * |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR THE UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, files its notice advising the Court that the undersigned is substituting as attorney-in-charge for the United States of America in the above-referenced cause in the stead of Assistant United States Attorney Nancy L. Masso.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

RENE BENAVIDES
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24025248
Federal I.D. No. 26215

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing Notice of Substitution of Counsel for the United States of America was mailed via First-Class Mail to the following:

Morris E. "Trey" White, III
Villa & White LLP
Attorneys at Law
630 Broadway
San Antonio, Texas 78215

on this the 22 day of December 2004.

RENE BENAVIDES
Assistant United States Attorney