IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 0 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARMANDO BERMUDEZ | * | |
| FAUSTINO BERMUDEZ | * | |
| GERARDO BERMUDEZ, and | * | |
| OFELIA BERMUDEZ | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-04-115 |
| | * | |
| UNITED STATES DEPARTMENT OF | * | |
| TRANSPORTATION, | * | |
| Defendant. | * | |

THE UNITED STATES OF AMERICA'S CERTIFICATE OF INTERESTED PARTIES

The following are interested parties:

1. The United States of America

2. The United States Department of Transportation

3. The United States Attorneys Office for the Southern District of Texas

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010  (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and a correct copy of the foregoing Certificate of Interested Parties has been forwarded to plaintiff's counsel of record, Morris E. "Trey" White III, 630 Broadway, San Antonio, Texas 78215, by fax or certified mail, return receipt requested, on January 19 2005.

Rene Carlo Benavides
Assistant United States Attorney