UNITED STATES DISTRICT COURT
For the Southern District of Texas

Armando Bermudez, et al.

                Plaintiff

v.                              Case No.: 1:04−cv−00115
                                  Judge Andrew S. Hanen

United States Department of Transportation

                Defendant

## NOTICE OF RESETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**     3/22/05

**TIME:**     01:30 PM

**TYPE OF PROCEEDING:**     Status Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   February 10, 2005

                                                    Michael N. Milby, Clerk