IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO BERMUDEZ | § § | |
| VS. | § | CIVIL ACTION NO. B-04-115 |
| U.S. DEPT OF TRANSPORTATION | § § | |

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.   ■ Bench   ☐ Jury

2. New parties must be joined by:   May 6, 2005
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   September 2, 2005

4. The defendant's experts must be named with a report furnished by:   October 7, 2005

5. Discovery must be completed by:   December 2, 2005

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   November 18, 2005

    Non-Dispositive Motions will be filed by:   December 2, 2005

************************   The Court will provide these dates.   ************************

7. Joint pretrial order is due:   December 2, 2005

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:   January 3, 2006

9. Jury Selection is set for 9:00 a.m. on:*   January 5, 2006

*If jury becomes applicable.

The case will remain on standby until tried.

Signed this the 22nd day of March, 2005.

Andrew S. Hanen
United States District Judge

XC: ALL COUNSEL OF RECORD