IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 2 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO BERMUDEZ, § | |
| OFELIA BERMUDEZ § | |
| GERARDO BERMUDEZ § | |
| FAUSTINO BERMUDEZ § | |
|    Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO.: B-04-115 |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| TRANSPORTATION, § | |
|    Defendant. § | |

## PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiffs, Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, and Faustino Bermudez, (collectively "Movant" herein), and brings this Motion To Amend Scheduling Order entered on March 22, 2005, in the above entitled action, a copy of which attached, on the following grounds:

1.    In the Scheduling Order, the Court ordered that Plaintiff's experts will be named with a report by September 2, 2005.

2.    Plaintiff recently discovered that the treating physician of Plaintiffs, Dr. Wendy R. Ormsby, D.C., has relocated to Ohio and therefore an expert report has not been prepared.

3.    Plaintiffs request that the Court modify the scheduling order to allow plaintiffs to furnish the expert's report on September 17, 2005 to prevent manifest injustice.

4.    Plaintiffs would be prejudiced if the Court did not allow the presentation of the medical evidence in this case based on the failure to provide the expert's report in a timely manner.

5.    The Defendant would suffer no prejudice because all of the Plaintiffs medical records

have been previously provided to Defendant and the doctor's opinions and basis and reasons therefore as well as the data and information relied upon in forming the opinions are in the medical records.

6. The proposed change would not affect the orderly and efficient conduct of the case in that Plaintiffs are requesting a two week extension and the case is set for trial on January 3, 2006 docket.

7. Counsel for Defendant does not oppose the instant motion.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, and Faustino Bermudez, request this Court to grant this Motion To Amend Scheduling Order and to amend the scheduling order to allow Plaintiffs' expert reports to be filed by September 17, 2005, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

Villa and White LLP

By: _____
Morris E. "Trey" White III
Texas Bar No. 24003162
630 Broadway
San Antonio, Texas 78215
Tel. (210)225-4500
Fax. (210)212-4649
Attorney for Plaintiff
Armando Bermudez

## CERTIFICATE OF CONFERENCE

I certify that on September 1, 2005, Mr. Michael Villa, my law partner, spoke with Mr. Rene Benavides, Assistant United States Attorney for Defendant. Mr. Benavides had no objection to this

Motion to Amend Scheduling Order.

_____
Morris E. "Trey" White III

### CERTIFICATE OF SERVICE

I certify that on September 1, 2005, a true and correct copy of Plaintiffs' Motion to Amend Scheduling Order was transmitted to Mr. Rene Benavides, Assistant United States Attorney via facsimile at (956) 618-8009.

_____
Morris E. "Trey" White III