IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO BERMUDEZ, § <br> OFELIA BERMUDEZ <br> GERARDO BERMUDEZ <br> FAUSTINO BERMUDEZ <br>    Plaintiff, § <br> § <br> vs. § <br> § <br> UNITED STATES DEPARTMENT OF § <br> TRANSPORTATION, § <br>    Defendant. § | CIVIL ACTION NO.: B-04-115 |

## ORDER GRANTING
## PLAINTIFFS' MOTION FOR CONTINUANCE

  On _____, the Court considered the Plaintiffs' Motion to Amend Scheduling Order. The Court finds that the Motion should be **GRANTED**.

  **IT IS THEREFORE ORDERED** that in the above-styled and -numbered cause the Scheduling Order entered on March 22, 2005 be amended so that Plaintiffs' experts will be named with a report furnished by September 16, 2005.

  **SIGNED** on _____, 2005.

_____
JUDGE PRESIDING