IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 0 8 2005
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO BERMUDEZ, § | |
| OFELIA BERMUDEZ § | |
| GERARDO BERMUDEZ § | |
| FAUSTINO BERMUDEZ § | |
| Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO.: B-04-115 |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| TRANSPORTATION, § | |
| Defendant. § | |

## PLAINTIFFS' RULE 26 (a) (2) DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Rule 26 (a) (2) of the Federal Rules of Civil Procedure, Plaintiffs Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez and Faustino Bermudez makes its mandatory disclosure of the expert witnesses it intends to call at the trial of this matter:

1.   Wendy R. Ormsby, D.C., 2840 W. 77 Highway, #2, San Benito, Texas 78586, (956) 361-3547. Dr. Ormsby is the treating physician for Plaintiffs. This witness will testify on the subject matter of the facts surrounding the nature and extent of injuries suffered by Plaintiffs as a result of the accident and her opinions regarding same, the treatment of said injuries, the cost and necessity of the treatment, the likelihood of the necessity of any future treatment of said injuries and the cost of same, and her past medical training and experience. The medical records and billing of the Plaintiffs contain the substance of the opinions and diagnoses of the expert, as well as the underlying facts and data supporting same, and have previously been provided to Defendant.

Respectfully submitted,

Villa and White LLP

By: _____
Morris E. "Trey" White III
Texas Bar No. 24003162
630 Broadway
San Antonio, Texas 78215
Tel. (210)225-4500
Fax. (210)212-4649
Attorney for Plaintiff
Armando Bermudez

## CERTIFICATE OF SERVICE

I certify that on September 2, 2005, a true and correct copy of Plaintiffs' Rule 26(a)(2) Disclosures was transmitted to Mr. Rene Benavides, Assistant United States Attorney via facsimile at (956) 618-8009.

_____
Morris E. "Trey" White III