# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, FAUSTINO BERMUDEZ, GERARDO BERMADEZ, and OFELIA BERMUDEZ,<br>     Plaintiffs,<br><br>VS.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION,<br>     Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-115 |

## ORDER

Pending before the Court is Plaintiffs' Motion to Amend Scheduling Order [Docket No. 18], which Defendant does not oppose. Plaintiffs requested that this Court extend the deadline to name expert witnesses from September 2, 2005, to September 17, 2005. Said motion is hereby **GRANTED**.

Signed in Brownsville, Texas, this 25th day of October, 2005.

_____
Andrew S. Hanen
United States District Judge