United States District Court
Southern District of Texas
FILED

NOV 21 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO BERMUDEZ, § | |
| OFELIA BERMUDEZ, § | |
| GERARDO BERMUDEZ, and § | |
| FAUSTINO BERMUDEZ, § | |
| Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO.: B-04-115 |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| TRANSPORTATION, § | |
| Defendant. § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiffs, Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, and Faustino Bermudez, (collectively "Movant" herein), and, pursuant to Fed. R. Civ. P. 15, brings this Plaintiffs' Unopposed Motion For Leave To File Amended Complaint, in the above entitled action, on the following grounds:

I.

Plaintiffs filed this action on July 9, 2004. A tentative settlement agreement has been reached between the parties which, if executed, would bring this matter to final resolution.

II.

Plaintiff recently discovered that the Original Complaint herein lists as Plaintiffs Ofelia Bermudez and Gerardo Bermudez. Ofelia and Gerardo Bermudez, (hereafter referred to as the

1

"Children") are minor children and, as such, are unable to represent themselves in the pending suit.

III.

Plaintiffs request that the Court grant leave to amend the complaint to allow Faustino Bermudez to represent the Children in the claim. The proposed Plaintiffs' First Amended Complaint is attached hereto as Exhibit A. Faustino Bermudez is a Plaintiff in this suit individually and is the maternal grandfather of the Children. Faustino Bermudez has custody and possession of the Children. The Children's mother, Eva Bermudez, has executed a power of attorney granting Faustino Bermudez legal authority to represent the children regarding any legal claims or lawsuits. A true and correct copy of the power of attorney executed by the Children's mother referred to above is attached hereto as Exhibit B.

IV.

This motion is made in good faith and not for any dilatory purpose. The parties have agreed to a tentative settlement of this matter. However, the parties are unable to execute upon any such agreement without properly designating the parties and their legal representatives. By allowing Plaintiffs to amend their complaint, there would be no need for any party to seek any additional witnesses or evidence. As such, the relief requested herein is in the best interest of all parties.

V.

The Defendant would suffer no prejudice since this requested amendment is only to properly designate Faustino Bermudez as the legal representative of the minor children, and does not add any parties or any claims. Additionally, as the parties have agreed to settle the matter, there is no issue as to delay of the proceeding. In addition, Defendant does not oppose the granting of the relief requested in this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, and Faustino Bermudez, request this Court to grant this Unopposed Motion for Leave to Amend Complaint and that the Court allow the Plaintiffs to file the attached Plaintiffs' First Amended Complaint, and for such other and further relief that Plaintiffs may be awarded at law or in equity.

Respectfully submitted,

Villa and White LLP

By: _____
Morris E. "Trey" White III
Texas Bar No. 24003162
630 Broadway
San Antonio, Texas 78215
Tel. (210)225-4500
Fax. (210)212-4649
Attorney for Plaintiffs

## CERTIFICATE OF CONFERENCE

I certify that on November 17, 2005, I conferred with Mr. Rene Benavides, Assistant United States Attorney for Defendant via email. Mr. Benavides does not oppose this Motion for Leave to Amend Complaint.

_____
Morris E. "Trey" White III

## CERTIFICATE OF SERVICE

I certify that on November 18, 2005, a true and correct copy of Plaintiffs' Motion for Leave to Amend Complaint was transmitted to Mr. Rene Benavides, Assistant United States Attorney via facsimile at (956) 618-8009.

_____
Morris E. "Trey" White III