# Exhibit B

# STATUTORY DURABLE POWER OF ATTORNEY

**NOTICE:** THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, CHAPTER XII, TEXAS PROBATE CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, EVA BERMUDEZ (also known as EVA BERMUDEZ RUIZ), my address being 23 Dallas, McAllen, Texas, appoint my father, Faustino Bermudez, whose address is 1213 W. Grant, Harlingen, Texas 78550, as my agent (hereinafter referred to as "agent") to act for me in any lawful way with respect to all of the following powers except for a power that I have crossed out below.

TO WITHHOLD A POWER, YOU MUST CROSS OUT EACH POWER WITHHELD.

Health care decisions for my children, Ofelia Bermudez, dob: 1/20/1992, and Gerardo Bermudez, dob: 2/11/1993;
Educational decisions for my children, Ofelia Bermudez, dob: 1/20/1992, and Gerardo Bermudez, dob: 2/11/1993;
Claims and litigation for my children, Ofelia Bermudez, dob: 1/20/1992, and Gerardo Bermudez, dob: 2/11/1993; and
Personal and family maintenance for my children, Ofelia Bermudez, dob: 1/20/1992, and Gerardo Bermudez, dob: 2/11/1993.

IF NO POWER LISTED ABOVE IS CROSSED OUT, THIS DOCUMENT SHALL BE CONSTRUED AND INTERPRETED AS A GENERAL POWER OF ATTORNEY, AND MY AGENT SHALL HAVE THE POWER AND AUTHORITY TO PERFORM OR UNDERTAKE ANY ACTION I COULD PERFORM OR UNDERTAKE IF I WERE PERSONALLY PRESENT.

**LIMITATIONS:** Notwithstanding any provision herein to the contrary, any authority granted to my agent shall be limited so as to prevent this power of attorney from causing my agent to be taxed on my income and from causing my assets to be subject to a general power of appointment by my agent, as that term is defined in Section 2041 of the Internal Revenue Code of 1986, as amended.

**ADDITIONAL POWERS:** ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

In addition to the powers granted above, I grant to my agent all of the following powers:

(A)  The power to take legal action to compel third parties to recognize the validity of this instrument, and the power to sue for damages, both punitive and actual, in the case of a refusal by a third party to honor this power.

**This power of attorney is effective immediately and is not affected by my subsequent disability or incapacity.**

I agree that any third party who receives a copy of this document may act under it. Revocation of the durable power of attorney is not effective as to a third party until the third party receives actual notice of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed on November 17, 2005.

X *Eva Bermudez*
EVA BERMUDEZ, Principal


**THE STATE OF TEXAS**       §
                             §
**COUNTY OF HIDALGO**        §

This instrument was acknowledged before me on November 17, 2005, by EVA BERMUDEZ.

*Olivia De Leon*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

OLIVIA DE LEON
MY COMMISSION EXPIRES
December 20, 2005

THE ATTORNEY IN FACT OR AGENT, BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, <br> OFELIA BERMUDEZ, <br> GERARDO BERMUDEZ, and <br> FAUSTINO BERMUDEZ, <br> Plaintiffs, | § <br> § <br> § <br> § <br> § <br> § | |
| vs. | § | CIVIL ACTION NO.: B-04-115 |
| UNITED STATES DEPARTMENT OF <br> TRANSPORTATION, <br> Defendant. | § <br> § <br> § <br> § | |

## UNOPPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _____, 2005, the Court considered the Plaintiffs' Motion for Leave to File Amended Complaint. The Court finds the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that in the above styled and numbered cause the Plaintiffs are granted leave to file Plaintiffs' First Amended Complaint as filed in Exhibit A of Plaintiffs' Motion for Leave to File Amended Complaint.

**SIGNED** on _____, 2005.

_____
JUDGE PRESIDING