IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO BERMUDEZ | * | |
| FAUSTINO BERMUDEZ | * | |
| GERARDO BERMUDEZ, and | * | |
| OFELIA BERMUDEZ | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-04-115 |
| | * | |
| UNITED STATES DEPARTMENT OF | * | |
| TRANSPORTATION, | * | |
| Defendant. | * | |

**DEFENDANT'S UNOPPOSED MOTION FOR
APPOINTMENT OF AN ATTORNEY/GUARDIAN AD LITEM**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Defendant herein, moves this Court to appoint an attorney/guardian *ad litem* for the plaintiffs who are minor children–Gerardo Bermudez and Ofelia Bermudez.  The Defendant seeks the appointment of an *ad litem* to review and confirm whether settlement terms negotiated by the parties herein are fair and reasonable with regard to the interests of the minor children who are Plaintiffs.

Defendant recommends the appointment of Anabel Alegria to act as *ad litem*.  Anabel Alegria is licensed to practice law in the State of Texas and the United States District Courts for the Southern District of Texas.  She has not been contacted about this case and has not agreed to be appointed.

The parties herein have no objection to her appointment as *ad litem* to determine whether the settlement terms negotiated are fair and reasonable as they relate to the minor children herein.

Defendant request that the court tax the guardian *ad litem* fee as taxable cost against the United States of America.  *Gaddis v. USA,* 381 F.3d 444 (5th Cir. 2004) (en banc).

Respectfully submitted,

Chuck Rosenberg
United States Attorney

/s/Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010 (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

## CERTIFICATE OF CONSULTATION

I certify that on November 21, 2005, I consulted with Plaintiffs' attorney, Mike Villa, regarding this motion. Mr. Villa advised that he was not opposed to this motion.

/s/ Rene Carlo Benavides
Rene Carlo Benavides
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Defendant's Unopposed Motion for Appointment of Attorney/Guardian Ad Litem was mailed on this the 22 day of November, 2005 via Certified Mail, Return Receipt Requested to:

/s/ Rene Carlo Benavides
Rene Carlo Benavides
Assistant U.S. Attorney