IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ARMANDO BERMUDEZ** | * | |
| **FAUSTINO BERMUDEZ** | * | |
| **GERARDO BERMUDEZ, and** | * | |
| **OFELIA BERMUDEZ** | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-04-115 |
| | * | |
| **UNITED STATES DEPARTMENT OF** | * | |
| **TRANSPORTATION,** | * | |
| **Defendant.** | * | |

## ORDER APPOINTING ATTORNEY/GUARDIAN AD LITEM

Today, this Court considered the Defendant's unopposed motion to appoint attorney _____ as attorney/guardian *ad litem* in this case for the minor children who are plaintiffs.

The motion indicates that it is unopposed. As such, since all parties appear to be in agreement, this Court

HEREBY APPOINTS attorney _____ to serve as attorney/guardian *ad litem* for the minor children: Gerardo Bermudez and Ofelia Bermudez.

IT IS FURTHER ORDERED, that the guardian *ad litem* fee be taxed against the United States of America as cost.

Signed this ___ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE