# Villa & White LLP

*Attorneys at Law*
630 Broadway
San Antonio, Texas 78215
www.villawhite.com

United States District Court
Southern District of Texas
FILED

DEC 1 9 2005

Michael N. Milby
Clerk of Court

Michael John Villa
Morris E. "Troy" White III

Telephone: (210) 225-4500
Telecopier: (210) 212-4649

December 16, 2005

*Via Facsimile to 956-548-2598*

United States District Judge
Attention: Christi Samustaeta
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

RE: Case No. B-04-115; Armando Bermudez, et al vs. U.S. Department of Transportation; United States District Court, Southern District of Texas.

Dear Madam:

Pursuant to our telephone conversation today, I have no objections to the appointment of the attorney ad litem listed in the Order submitted by Mr. Benavides. I appreciate your attention in this matter.

Sincerely,

Villa and White, LLP
By: Michael Villa

MV/km

cc: Rene Benavides
United States Attorney
Southern District Office
1701 W. Hwy 83, Suite 600
McAllen, Texas 78501

*Via Facsimile (956) 618-8016*

# VILLA & WHITE LLP
### ATTORNEYS AT LAW
630 Broadway
San Antonio, Texas 78215
210-225-4500 telephone
210-212-4649 telecopier

## FAX TRANSMISSION SHEET

TO: Christi Samustaeta

FAX NO.: (956) 548-2598

FROM: Michael Villa

DATE: December 16, 2005

NUMBER OF PAGES INCLUDING COVER PAGE: 2

RE: Case No. B-04-115; Armando Bermudez, et al vs. U.S. Department of Transportation; United States District Court, Southern District of Texas

COMMENTS:

If this transmission is not completed, please contact Kate McGwin at 225-4500 extension 13.

The nature of this transmittal, the information contained herein is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to Villa & White, LLP at the above address via U.S. Postal Service at our expense. Thank you.