United States District Court
Southern District of Texas
FILED Entered
DEC 1 9 2005
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, FAUSTINO BERMUDEZ, GERARDO BERMADEZ, and OFELIA BERMUDEZ, Plaintiffs, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-115 |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, Defendant. | § § § § | |

**ORDER**

Pending before the Court is Defendant's Unopposed Motion for Appointment of an Attorney/Guardian *Ad Litem* in this case for the minor children who are plaintiffs. [Docket No. 22.] Said motion is hereby **GRANTED** and this Court hereby appoints **Anabel Alegria** to serve as attorney/guardian *ad litem* for the minor children Gerardo and Ofelia Bermudez. It is further **ORDERED** that the guardian *ad litem* fee be taxed against the United States of America as cost.

Signed in Brownsville, Texas, this 19th day of December, 2005.

_____
Andrew S. Hanen
United States District Judge