IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 7 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO BERMUDEZ, § | |
| OFELIA BERMUDEZ § | |
| GERARDO BERMUDEZ § | |
| FAUSTINO BERMUDEZ § | |
| Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO.: B-04-115 |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| TRANSPORTATION, § | |
| Defendant. § | |

## PLAINTIFFS' MOTION AND STIPULATION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiffs, Armando Bermudez, Ofelia Bermudez, Gerardo Bermudez, and Faustino Bermudez, (collectively "Movant" herein), and brings this Motion and Stipulation for Dismissal under the Federal Rules of Civil Procedure 41(a)(1)(ii), and in support hereof, shows the Court the following:

I.

The Parties have reached a full and final settlement and compromise of all issues in the instant case. Attached hereto as Exhibit "A" and incorporated herein is a copy of the Parties Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 USC Section 2577.

II.

All Defendants have answered and each party joins in the stipulation of dismissal, as evidenced by their signatures below.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, Armando Bermudez, Ofelia

Bermudez, Gerardo Bermudez, and Faustino Bermudez, request this Court to grant this Motion and Stipulation for Dismissal, and for such other and further relief that may be awarded at law or in equity.

>Respectfully submitted,
>
>Villa and White LLP
>
>By: _____
>Morris E. "Trey" White III
>Texas Bar No. 24003162
>630 Broadway
>San Antonio, Texas 78215
>Tel. (210)225-4500
>Fax. (210)212-4649
>Attorney for Plaintiffs

AGREED TO AND ENTRY REQUESTED:

_____
Mr. Rene Benavides
Assistant United States Attorney
Attorney for Defendant
United States Dept. of Transportation


_____
Ms. Anabel Alegria
Guardian Ad Litem for
Gerardo Bermudez and
Ofelia Bermudez

## CERTIFICATE OF SERVICE

I certify that on April __14__, 2006, a true and correct copy of Plaintiffs' Motion and Stipulation for Dismissal was electronically transmitted to all attorneys of record.

_____
Morris E. "Trey" White III

Bermudez, Gerardo Bermudez, and Faustino Bermudez, request this Court to grant this Motion and Stipulation for Dismissal, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

Villa and White LLP

By: _____
Morris E. "Trey" White III
Texas Bar No. 24003162
630 Broadway
San Antonio, Texas 78215
Tel. (210)225-4500
Fax. (210)212-4649
Attorney for Plaintiffs

AGREED TO AND ENTRY REQUESTED:

_____
Mr. Rene Benavides
Assistant United States Attorney
Attorney for Defendant
United States Dept. of Transportation

_____
Ms. Anabel Alegria
Guardian Ad Litem for
Gerardo Bermudez and
Ofelia Bermudez

## CERTIFICATE OF SERVICE

I certify that on April _____, 2006, a true and correct copy of Plaintiffs' Motion and Stipulation for Dismissal was electronically transmitted to all attorneys of record.

_____
Morris E. "Trey" White III