IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, | § | |
| OFELIA BERMUDEZ | | |
| GERARDO BERMUDEZ | | |
| FAUSTINO BERMUDEZ | | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: B-04-115 |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| TRANSPORTATION, | | |
|     Defendant. | § | |

## ORDER GRANTING
## <u>PLAINTIFFS' MOTION FOR DISMISSAL</u>

On _____, the Court considered the Plaintiffs' Motion and Stipulation for Dismissal. The Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-styled and -numbered cause be dismissed with prejudice.

**SIGNED** on _____, 2006.

_____
JUDGE PRESIDING