Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO BERMUDEZ individually § <br> and § <br> FAUSTINO BERMUDEZ individually § <br> and as next friend of § <br> GERARDO BERMUDEZ, and § <br> OFELIA BERMUDEZ, § <br> § <br> § <br> Plaintiffs § <br> v § <br> § <br> UNITED STATES OF AMERICA, § <br> Defendant. § | CIVIL ACTION No. B-04-115 |

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF
FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

It is hereby stipulated by and between Armando and Faustino Bermudez, plaintiffs; by their attorney, Michael Villa; Gerardo and Ofelia Bermudez, Minors; by their Guardian *ad litem*, Anabel Alegria; and the UNITED STATES OF AMERICA, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

Plaintiffs, Armando and Faustino Bermudez, warrant that they are of legal age and are legally competent to execute this agreement which they understand to be contractual, and that they do so of their own free will and accord, without reliance upon any representation of any kind or character not expressly set forth in the agreement. Plaintiffs, Armando and Faustino Bermudez, have

1

consulted with an attorney of their choice, and have had the opportunity for said attorney to review this agreement and to counsel them regarding the execution of this agreement.

3. Attorney, Anabel Alegria, appointed by the Court to act as the Guardian *ad litem* for the plaintiffs/minors, Gerardo and Ofelia Bermudez, warrant that she has conferred with the minors, their parents and their attorney, that she has reviewed all available records and pleadings in the case, and is in full agreement that the terms as set forth herein are supportive of Gerardo and Ofelia Bermudez' interests.

2. The United States of America agrees to pay the sum of **SEVENTEEN THOUSAND ONE HUNDRED and 00/100ths DOLLARS ($17,100.00) as follows: $6,000.00 to Faustino Bermudez individually; $3,600.00 to Faustino Bermudez as next friend of Gerardo Bermudez; $3,500.00 to Faustino Bermudez as next friend of Ofelia Bermudez; and $4,000.00 to Armando Bermudez individually** which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this settlement, including any claims for wrongful death, for which plaintiffs or their guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiffs and their guardians, heirs, executors, administrators or assigns hereby agree to accept the sums set forth in this Stipulation of Compromise Settlement in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of any and all known and

2

unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. Plaintiffs and their guardians, heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from and against any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiffs or their guardians, heirs, executors, administrators or assigns against any third party or against the United States, including claims for wrongful death.

4. This stipulation for compromise settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to the plaintiffs. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

5. It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the plaintiffs will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

7. The persons signing this Settlement Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

8. Payment of the settlement amount will be made by government wire transfer as per the following:

    A.    Name of Bank: Wells Fargo

    B.    Street Address of Bank: 750 East Mulberry Ave.

    C.    City, State and Zip Code of Bank: San Antonio, Texas 78212

    D.    Federal Reserve Number:

    E.    Routing Number: 121000248

    F.    Name of Account: Villa and White LLP

    G.    Account Number: 7885589908

**Payment of $1,652.50 to Faustino Bermudez as next friend of Gerardo Bermudez; $1,577.50 to Faustino Bermudez as next friend of Ofelia Bermudez will be made to the registry of the court until the minors reach eighteen (18) years of age.**

Plaintiffs' attorney agrees to distribute the settlement proceeds among the plaintiffs, and to obtain a dismissal of the above-captioned action with prejudice, with each party bearing its own fees, costs, and expenses.

**Defendant, United States of America, will pay the fees of Guardian *ad litem*, Anabel Alegria. The parties have agreed that Anabel Alegria shall be paid a fee of $875.00 for her time and services in connection with this lawsuit.**

9. The parties agree that this Stipulation for Compromise Settlement and Release, including all the terms and conditions of this compromise settlement and any additional agreements relating

4

thereto, may be made public in their entirety, and the plaintiffs expressly consent to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

_____          02/01/06
ARMANDO BERMUDEZ, Plaintiff         Date

X_____         2-27-2006
FAUSTINO BERMUDEZ, Plaintiff        Date
Individually

X_____         2-27-2006
FAUSTINO BERMUDEZ                   Date
as next friend of
GERARDO BERMUDEZ, Plaintiff

X_____         2-27-2006
FAUSTINO BERMUDEZ                   Date
as next friend of
OFELIA BERMUDEZ, Plaintiff

_____          3/9/06
Michael Villa                       Date
Attorney for Plaintiffs

_____          4/6/06
Rene Benavides                      Date
Attorney for United States of America

_____          3/31/06
Anabel Alegria                      Date
Guardian *Ad litem* for the minors

5