# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ARMANDO BERMUDEZ, FAUSTINO | § | |
| BERMUDEZ, GERARDO BERMADEZ, | § | |
| and OFELIA BERMUDEZ, | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-115 |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| TRANSPORTATION, | § | |
|     Defendant. | § | |

## ORDER

Pending before the Court is Plaintiffs' Motion and Stipulation for Dismissal [Docket No. 25]. A Rule 16 Conference is hereby scheduled for 11:00 a.m. on Wednesday, May 3, 2006, regarding said motion.

Signed in Brownsville, Texas, this 20th day of April, 2006.

Andrew S. Hanen
United States District Judge