**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ARMANDO BERMUDEZ** | * | |
| **FAUSTINO BERMUDEZ** | * | |
| **GERARDO BERMUDEZ, and** | * | |
| **OFELIA BERMUDEZ** | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION No. B-04-115** |
| | * | |
| **UNITED STATES DEPARTMENT OF** | * | |
| **TRANSPORTATION,** | * | |
| **Defendant.** | * | |

**UNOPPOSED MOTION TO ORDER PAYMENT OF**
**GUARDIAN *AD LITEM***

Defendant, THE UNITED STATES OF AMERICA, by and through Donald J. DeGabrielle,

Jr., United States Attorney for the Southern District of Texas, submits this Unopposed Motion to

Order Payment of the Guardian *ad litem.* In support of this motion the Defendant shows the court

as follows:

On December 19, 2005, this Court Ordered the appointment of a Guardian *ad litem* and

appointed Annabell Alegria. The *ad litem* reviewed the records and agreed to the settlement. She

signed a Stipulation for Compromise and Settlement which was attached as an exhibit to Plaintiffs'

Motion and Stipulation of Dismissal filed on April 17, 2006.

Defendant and the *ad litem* agreed to a reasonable fee for her services in the amount of

$875.00 dollars. Defendant request that the Court order the payment of the Guardian *ad litem* fee

in the Amount $ 875.00 and that such payment be taxed against the United States of America as cost.

Respectfully submitted
Donald J. DeGabrielle, Jr.
United States Attorney

/s/ Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney
U.S. Attorney's Office, Southern Dist. of Texas1701
W. Hwy. 83, Suite 600
McAllen, Texas  78501
(956) 618-8010     (956) 618-8016 (fax)
Texas Bar No.24025248
Southern Dist. No.26215

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Guardian *ad litem* for the minors and attorney for the Plaintiffs, and they are not opposed to the fee.

/s/Rene Carlo Benavides
Rene Carlo Benavides

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing certificate and Motion to Order Payment of Guardian *Ad Litem* has been forwarded to the following on April 26, 2006:

Michael Villa
Villa & White LLP
630 Broadway
San Antonio, Texas 78215

Annabell Alegria
Attorney at Law
37 West Elizabeth Street
Brownsville, Texas 78520-5545

/s/ Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney