IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO BERMUDEZ | * | |
| FAUSTINO BERMUDEZ | * | |
| GERARDO BERMUDEZ, and | * | |
| OFELIA BERMUDEZ | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-04-115 |
| | * | |
| UNITED STATES DEPARTMENT OF | * | |
| TRANSPORTATION, | * | |
| Defendant. | * | |

## MOTION TO CONTINUE HEARING ON PLAINTIFFS'
## MOTION AND STIPULATION OF DISMISSAL

Defendant, THE UNITED STATES OF AMERICA, by and through Donald J. DeGabrielle, Jr., United States Attorney for the Southern District of Texas, submit this Motion to Continue the hearing on Plaintiffs' Motion and Stipulation of Dismissal set for  set for May 3 at 11:00 a.m.   In support of this motion the Defendant shows the court as follows:

The hearing is currently set for May 3, 2006 at 11:00 a..m..  Defendant request a short continuance, because counsel for Defendant will be out of town the entire week of May 3, 2006.

This Motion is not sought for delay but so that justice may be done.

Wherefore, premises considered, Defendant request a short continuance of the hearing and that the May 3, 2006 setting be reset as soon as practicable.

Respectfully submitted
Donald J. DeGabrielle, Jr.
United States Attorney

/s/ Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney

U.S. Attorney's Office, Southern Dist. of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas  78501
(956) 618-8010     (956) 618-8016 (fax)
Texas Bar No.24025248
Southern Dist. No.26215

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Guardian *ad litem* for the minors and  and she is not opposed to a short continuance of the hearing.  I do not know Plaintiffs' counsel's position on this motion.

/s/Rene Carlo Benavides
Rene Carlo Benavides

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing certificate and Motion to Continue the hearing on Plaintiffs' Motion and Stipulation for Dismissal has been forwarded to the following on April 26, 2006:

Michael Villa
Villa & White LLP
630 Broadway
San Antonio, Texas 78215

Annabell Alegria
Attorney at Law
37 West Elizabeth Street
Brownsville, Texas 78520-5545

/s/ Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney