IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO BERMUDEZ | * |
| FAUSTINO BERMUDEZ | * |
| GERARDO BERMUDEZ, and | * |
| OFELIA BERMUDEZ | * |
| Plaintiffs, | * |
| | * |
| v. | *   CIVIL ACTION No. B-04-115 |
| | * |
| UNITED STATES DEPARTMENT OF | * |
| TRANSPORTATION, | * |
| Defendant. | * |

## ORDER

The Court considers Defendant's Motion to Continue the hearing on Plaintiffs' Motion and Stipulation of Dismissal. After considering the Motion the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the hearing on Plaintiffs' Motion and Stipulation of Dismissal set for May 3, 2006 at 11:00 a.m. is reset for _____, 2006 at _____.

Signed in Brownsville, Texas, this _____ day of _____, 2006.

_____
Andrew S. Hanen
United States District Judge