IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ARMANDO BERMUDEZ** | * | |
| **FAUSTINO BERMUDEZ** | * | |
| **GERARDO BERMUDEZ, and** | * | |
| **OFELIA BERMUDEZ** | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **CIVIL ACTION No. B-04-115** |
| | * | |
| **UNITED STATES DEPARTMENT OF** | * | |
| **TRANSPORTATION,** | * | |
| **Defendant.** | * | |

## AMENDED CERTIFICATE OF CONFERENCE

I certify that I conferred with Guardian *ad litem* for the minors and, and she is not opposed to a short continuance of the hearing. I also conferred with counsel for the Plaintiffs, and he is not opposed to the continuance either.

/s/Rene Carlo Benavides            Dated: April 26, 2006
Rene Carlo Benavides

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing certificate and Motion to Continue the hearing on Plaintiffs' Motion and Stipulation for Dismissal has been forwarded to the following on April 26, 2006:

Michael Villa
Villa & White LLP
630 Broadway
San Antonio, Texas 78215

Annabell Alegria
Attorney at Law
37 West Elizabeth Street
Brownsville, Texas 78520-5545

/s/ Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney