IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO BERMUDEZ <br> FAUSTINO BERMUDEZ <br> GERARDO BERMUDEZ, and <br> OFELIA BERMUDEZ <br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> TRANSPORTATION, <br> Defendant. | CIVIL ACTION No. B-04-115 |

## ORDER

The Court considers Defendant's Motion to Continue the hearing on Plaintiffs' Motion and Stipulation of Dismissal. After considering the Motion the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the hearing on Plaintiffs' Motion and Stipulation of Dismissal set for May 3, 2006 at 11:00 a.m. is reset for May 8, 2006 at 11:00 am.

Signed in Brownsville, Texas, this 28th day of April, 2006.

Andrew S. Hanen
United States District Judge