IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARMANDO BERMUDEZ | * |
| FAUSTINO BERMUDEZ | * |
| GERARDO BERMUDEZ, and | * |
| OFELIA BERMUDEZ | * |
| Plaintiffs, | * |
| | * |
| v. | *  CIVIL ACTION No. B-04-115 |
| | * |
| UNITED STATES DEPARTMENT OF | * |
| TRANSPORTATION, | * |
| Defendant. | * |

## ORDER

The Court considers Defendant's Motion to Order Payment of Guardian *Ad Litem*. After considering the Motion the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the guardian *ad litem*, Annabell Alegria, should be paid $875.00 for her services as guardian *ad litem* for the minor children Gerardo and Ofelia Bermudez.

IT IS FURTHER ORDERED that the guardian *ad litem* fee be taxed against the United States of America as cost.

Signed in Brownsville, Texas, this _____8th_____ day of _____May_____, 2006.

_____
Andrew S. Hanen
United States District Judge