IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 08 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO BERMUDEZ,<br>OFELIA BERMUDEZ<br>GERARDO BERMUDEZ<br>FAUSTINO BERMUDEZ<br>   Plaintiff, | §<br>§<br>§<br>§<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO.: B-04-115 |
| UNITED STATES DEPARTMENT OF<br>TRANSPORTATION,<br>   Defendant. | §<br>§<br>§<br>§ | |

ORDER GRANTING
PLAINTIFFS' MOTION FOR DISMISSAL

On May 8, 2006, the Court considered the Plaintiffs' Motion and Stipulation for Dismissal. The Court finds that the Motion should be **GRANTED**. The Court retains jurisdiction over the settlement agreement and the settlement funds until they are disbursed.

**IT IS THEREFORE ORDERED** that the above-styled and -numbered cause be dismissed with prejudice.

SIGNED on May 8, 2006.

_____
JUDGE PRESIDING